PD-0684-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/4/2015 9:49:48 AM
Accepted 6/4/2015 12:09:03 PM
ABEL ACOSTA
CLERK

# PD-0684-15

CAUSE NO. _____

## IN THE COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

June 4, 2015

ABEL ACOSTA, CLERK

**STATE OF TEXAS, Appellant**

**v.**

**JOE LOUIS TIENDA, Appellee**

**Petition for Discretionary Review from
the Eleventh Court of Appeals
Cause No. 11-11-00283-CR and
Appeal From the 428TH Judicial District Court
Cause No. CR-07-0802
Hays County, Texas**

## STATE'S FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF THE TEXAS COURT OF CRIMINAL APPEALS:**

The State files this *First Motion for Extension of Time in Which to File the State's Petition for Discretionary Review*, and in support states:

1. The Eleventh Court Of Appeals rendered judgment in the styled case no. 11-11-00283-CR on May 14, 2015.

2. The State's current deadline for filing her petition is June 15, 2015.

3. This is the State's first motion for extension of time in which to file her petition.

4. The State respectfully requests an extension of approximately thirty days, until July 15, 2015 in which to file her petition.

5. Good cause exists for the State's request for extension of time. The Hays County District Attorney Office Civil Division has undergone major changes in the past months. The undersigned attorney recently assumed full time duties as an attorney for the Department of Family and Protective Services within the District Attorney's office.

6. This extension is not being sought to cause undue delay, but to seek justice.

7. For the foregoing reasons, the State respectfully requests that the Court grant an approximate fifteen day extension for filing the State's Petition for Discretionary Review, until July 15, 2015.

Respectfully submitted,

Angie D. Roberts-Huckaby
Assistant Criminal District Attorney
Hays County, Texas
Hays County Government center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas 78666
angie.roberts@co.hays.tx.us
(512) 393-7600
(512) 393-2246 fax
State Bar No. 24081797

## VERIFICATION

The foregoing Appellant Motion for Extension of Time in Which to File Petition for Discretionary Review was subscribed and sworn to before me by Angie D. Roberts-Huckaby on this the 15th day of June 2015.

_____
Angie D. Roberts-Huckaby

RHONDA WIEDERSTEIN
MY COMMISSION EXPIRE·
September 9, 2018

_____
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I certify that on June 15, 2015, I served the above motion by email to Mr. Chevo Pastrano at chevo@pastranolaw.com, in accordance with the Texas Rules of Appellate Procedure.

_____
Angie D. Roberts-Huckaby